**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| The United States of America<br><br>Plaintiff(s)<br><br>v.<br><br>The State of New Jersey; Mikie Sherrill, Go<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br><br>Civil Action No. 3:26-cv-4755 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) The State of New Jersey; Mikie Sherrill, Governor of New Jersey; and Jennifer Davenport, Attorn may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on May 6, 2026 ; and
3. Time to Answer, Move or otherwise Reply expires on May 27, 2026 .

September R. McCarthy
Attorney for Defendant(s)

25 Market Street, P.O. Box 080
Mailing Address

Trenton, NJ 08625
City, State, Zip Code

**ORDER**

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to June 10, 2026 .
ORDER DATED: _____

By:_____
Deputy Clerk