

| | **STATE OF NEW JERSEY** | |
|---|---|---|
| MIKIE SHERRILL<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>OFFICE OF THE SOLICITOR GENERAL<br>PO BOX 080<br>TRENTON, NJ 08625-0080 | JENNIFER DAVENPORT<br>*Attorney General* |
| DR. DALE G. CALDWELL<br>*Lt. Governor* | | JEREMY M. FEIGENBAUM<br>*Solicitor General* |

June 17, 2026

**VIA ECF**

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> **Re:** *United States of America v. New Jersey, et al.*, **No. 26-cv-04755 (RMB)**

Dear Chief Judge Bumb:

    This office represents Defendants, State of New Jersey, Governor Mikie Sherrill, and Attorney General Jennifer Davenport in the above-captioned matter. After submitting their pre-motion letters, the parties have conferred regarding the most efficient path forward and agree that, at this stage, there are no genuine disputes of material facts between the parties and the case can be resolved on cross motions for summary judgment. *See* ECF No. 6 & 7. The parties therefore respectfully request that the Court set the following agreed-upon briefing schedule with the noted page limits:

| Action | Proposed Date | Proposed Page Limit<br>(14-point proportional font) |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | Four weeks after the Court orders briefing on the parties' motions | 40 pages |
| Defendants' combined Opposition & Cross Motion to Dismiss and for Summary Judgment | Four weeks after Plaintiff files its brief | 40 pages |
| Plaintiff's combined Opposition & Reply | Three weeks after Defendants file their brief | 40 pages |
| Defendants' Reply | Three weeks after Plaintiff files its brief | 20 pages |

    The parties further request that the Court waive the applicability of Local Rule 56.1, which requires a statement and responsive statement of "material facts as to which there does

not exist a genuine issue, in separately numbered paragraphs citing to [ ] affidavits and other documents." L. Civ. R. 56.1(a). Because there are "no disputed issues of material fact bearing on resolution of" the issues before the Court, the parties respectfully request that the Court waive the requirements of Local Rule 56.1. *See PrivCap Funding LLC v. Levine*, 2022 WL 17093068, at *2 & n.4 (D.N.J. Nov. 21, 2022), *report and recommendation adopted,* 2023 WL 3742839 (D.N.J. May 31, 2023).

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: */s/Liza B. Fleming*
Liza B. Fleming
Deputy Attorney General

Cc: All counsel (via CM/ECF)



2 |