**United States Department of Justice**
*Civil Division*
*Enforcement & Affirmative Litigation Branch*
*Post Office Box 386*
*Washington, D.C. 20044-0386*
*Tel: (202) 451-7488*
*Email: robert.o.lindefjeld@usdoj.gov*

---

November 19, 2026

**VIA CM/ECF**

Hon. Renée Marie Bumb, C.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *United States v. New Jersey et al.*, No. 1:26-cv-4755-RMB-MJS
Notice of Supplemental Authority

Dear Chief Judge Bumb:

Plaintiff United States of America hereby informs the Court that a decision was reached yesterday by the United States Court of Appeals for the Seventh Circuit in *American Alliance for Equal Rights and United States v. Illinois*, No. 25-2461 (7th Cir. Nov.18, 2026). A copy of the *American Alliance for Equal Rights* opinion is attached hereto as Exhibit 1. Plaintiff respectfully suggests that the *American Alliance for Equal Rights* decision is pertinent to legal issues presently pending before this Court.

Very Respectfully,

/s/ *Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director,
Enforcement & Affirmative Litigation Branch

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Robert O. Lindefjeld*
Assistant Director
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov